UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

JOEY GONZALEZ,
    Plaintiff,
vs.
CACH, LLC,
    Defendant.
_____/

<u>**CLASS REPRESENTATION COMPLAINT**</u>
(Jury Demand)

<u>Introduction</u>

1. This is an action for actual damages and statutory damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA").

<u>Jurisdiction</u>

2. This Court has jurisdiction according to 28 U.S.C. §§ 1331 and 1337(a), and 15 U.S.C. § 1692k(d).

<u>Venue</u>

3. Venue in this District is proper, according to 28 U.S.C. § 1391, because Defendant transacts business here and the conduct complained of occurred here.

<u>Parties</u>

4. Plaintiff **JOEY GONZALEZ** ("Gonzalez") is a natural person residing at all relevant times in Miami-Dade County, Florida.

5. Defendant **CACH, LLC** ("CACH") is a company with its principal place of business in Denver, Colorado.

Facts

6. CACH hired Federated Law GROUP, PLLC ("Federated Law") to collect a credit card debt from Gonzalez and to sue to collect the debt.

7. CACH, through Federated Law, filed a lawsuit in Miami-Dade County, Florida, to collect the credit card debt from Gonzalez .

8. The debt CACH sought to collect from Gonzalez arose in connection with the purchase of Gonzalez' household items, *e.g.*, a television set.

9. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

10. The debt Defendant sought to collect was a "consumer" "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

11. Federated Law is a law firm in the business of collecting consumer debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another.

12. CACH is a company that is in the business of collecting consumer debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another.

13. Federated Law is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

14. CACH is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

15. The actions of Federated Law are imputed to CACH.

16. CACH is vicariously liable for the actions of Federated Law.

17. On January 14, 2013, Federated Law sent Gonzalez a collection letter indicating the amount of the debt was $2,536.89 "exclusive of court costs and service fees". A copy of the letter is attached as exhibit *A*.

18. On January 22, 2013, Federated Law sent Gonzalez a second letter indicating the amount of the debt was $2,846.89. A copy of the letter is attached as exhibit *B*.

17. On March 1, 2013, Federated Law sent Gonzalez a third letter indicating the amount of the debt was $2,891.89. A copy of the letter is attached as exhibit *C*.

18. On April 12, 2013, Federated Law sent Gonzalez a fourth letter indicating the amount of the debt was $2,891.89. A copy of the letter is attached as exhibit *D*.

19. The Federated Law letters dated 22 January 2013, 1 March 2013 and 12 April 2013 included court costs as part of the debt.

20. The Federated Law letters dated 22 January 2013, 1 March 2013 and 12 April 2013 falsely stated the amount of the debt owed by Gonzalez.

21. CACH knew or should have known that court costs were not part of the debt because they had not been awarded in the state lawsuit.[1]

## CLASS REPRESENTATION ALLEGATIONS

22. This is a class action brought according to Federal Rule of Civil Procedure 23(b)(3).

## Class Definition

23. The class consists of:

---
[1] Veach v. Sheeks, 316 F.3d 690 (7th Cir. 2003).

[i] all natural persons with addresses within the State of Florida

[ii] who were sent a letters from CACH similar to exhibits *B*, or *C*, or *D* (*i.e.*, which claimed court costs not awarded)

[iii] to recover a debt

[iv] incurred for personal or household purposes

[v] which were not returned undelivered by the United States Postal Service

[vi] during the period of time one-year prior to the filing of this Complaint through the date of class certification.

## NUMEROSITY

24. Plaintiff submits there are in excess of 100 class members as described above; their exact number and identities are presently unknown to Plaintiff, but are known to Defendant.

25. Thus, the class is so numerous that joinder of all members is impracticable.

## COMMONALITY

26. As part of its usual and customary practices and procedures, CACH sent letters to consumers in the form of exhibit *A, B, C* or *D*.

27. As part of its usual and customary practices and procedures, CACH sent consumers letters including court costs not awarded as part of the alleged debt.

28. There are common questions of law and fact applicable to the class, *e.g.*:

(i) Whether Defendant violated 15 U.S.C. § 1692e by including court costs as part of the debt in its collection letters.

29. There are no individual questions, other than whether a class member was sent a notice of collection letter similar to exhibits *A, B, C* or *D* (*i.e.*, which included court costs not awarded).

## TYPICALITY

30. Plaintiff's claim is typical of the claims of the class, and Defendant will have typical defenses to all of the claims.

31. Defendant, as it did with respect to all members of the class, sent letters attempting to collect court costs not awarded.

32. Thus, Plaintiff's claims and the claims of the class arise from the same set of operative facts and are based on the same legal theories.

## ADEQUACY OF REPRESENTATION

### Class Representative

33. Gonzalez, as member of said class, will fairly and adequately protect the interests of the class. The interests of Gonzalez are coincident with and not antagonistic to the interests of the class.

34. Gonzalez individually seek precisely the same relief which will benefit the class—statutory damages for Defendant's violation of the FDCPA.

35. Gonzalez is willing to prosecute this case as a class action.

### Class Counsel

36. Plaintiff has engaged competent counsel who will prosecute this case on behalf of Plaintiff and on behalf of the class.

37. Plaintiff's counsel is experienced in handling class claims and unlawful collection cases.

## MAINTAINABILITY

### Predominance

38. The questions of law or fact common to the members of the class predominate over any questions affecting any individual member.

39. The principal issue is whether Defendant's letters, in the form of exhibits *B, C* or *D*, violate the FDCPA.

40. The legality Defendants' actions is an identical—and potentially dispositive—threshold issue for all class members: Either Defendant could or could not collect court costs which had not yet been awarded to it by the state court in its lawsuit against the debtors.

41. Defendant has acted uniformly with respect to all class members.

### Superiority

42. A class action is superior to other available methods for the fair and efficient adjudication of the controversy between the class and Defendant.

43. The class is readily definable and is one for which records exist. Defendant retains records of the letters it sends when attempting to collect debts.

44. Membership in the class can be determined by ministerial inspection of Defendants' records.

45. Thus this action is manageable as a class action.

46. Prosecution as a class action will eliminate the possibility of repetitious litigation, while also providing redress of claims too small to support the expense of

individual, complex litigation.

47. The interest of class members in individually controlling the prosecution of separate claims against Defendant is small because the maximum statutory damages in an individual FDCPA action are $1,000.

48. Class-wide damages are essential to induce Defendants to comply with Federal law.

## COUNT I
### (Violation of the FDCPA)

49. Plaintiff realleges and incorporates here paragraphs 1 through 48.

50. Defendant violated 15 U.S.C. § 1692e and § 1692f by misrepresenting the amount of the debt, i.e., including court costs not yet awarded as part of the debt.

51. As a result of the violation of the FDCPA, Defendant is liable to the Plaintiff for actual damages, statutory damages, costs and attorney's fees.

### Prayer For Relief

52. WHEREFORE, Plaintiff prays that this Court enter judgment against Defendant for:

A. Statutory damages, according to 15 U.S.C. § 1692k(a)(2)(A);

B. Costs, according to 15 U.S.C. § 1692k(a)(3);

C. Reasonable attorney's fees, according to 15 U.S.C. § 1692k(a)(3);

E. Certification of this case as a class action, according to Federal Rule of Civil Procedure 23(b)(3).

### JURY TRIAL DEMAND

53. Plaintiff demands trial by jury.

Respectfully submitted on 2013-07-05 by

/s/ *Leo Bueno*

Fla. Bar #: 716261
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL 33114-1679
305-669-5260; 305-328-9301 [fax]
Leo@BuenoLaw.com
*Attorney for Plaintiff*

U:\CLIENTS\Gonzalez Joey [FDCPA] 0327\Gonzalez Joey class complaint FDCPA federal.doc

# Exhibit A



13205 U.S. Hwy 1 #555  
Juno Beach, Fl 33408

Bryan Manno, Esq.  
Jeremy A. Soffler, Esq.

*Donald Hillsbirg*

p. 888.930.2015  
f. 800.391.2178  
info@federatedlaw.com

ALL FOR AADC 331  
|..||....||....|||..|..|.|..|.|||....||..|.|..|..|.||....||.|  
JOEY GONZALEZ  
1076 NW 126th Ct  
MIAMI FL 33182-2069

Creditor: CACH, LLC  
Account No.: 120005751234  
Original Creditor: GE MONEY BANK  
Original Creditor Account No.: 6019170105552845  
Complaint Amount: $2,536.89(exclusive of court costs and service fees)

CASE #: 12-25534SP23

Janaury 14, 2013

**Even though we have filed a lawsuit against you we MAY still be able to help you resolve this.  For immediate assistance in this matter please call:**

English: **888.930.2015**

Spanish: **888.930.3447**       Creole: **888.362.8366**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

# Exhibit B

## ATTENTION:

PRSRT 1ST CLASS
U.S. POSTAGE
**PAID**
Sacramento, CA
Permit # 1297

REQUEST FOR IMMEDIATE ACTION – IMPORTANT NOTICE

WARNING: $2,000 FINE, 5 YEARS IMPRISONMENT, OR BOTH FOR ANY PERSON INTERFERING OR OBSTRUCTION WITH DELIVERY OF THIS LETTER U.S. MAIL TTT. 18 SEC. 1702 U.S. CODE

13205 US Hwy 1 #555
Juno Beach, FL 33408

2 32 ••••••••••••5-DIGIT 33182
Joey Gonzalez
1076 NW 126th Ct
Miami, FL 33182-2069

**URGENT INFORMATION ENCLOSED – OPEN IMMEDIATELY**


# FEDERATEDLAW

13205 US Hwy 1 #555
Juno Beach, FL 33408

Bryan Manno, Esq.
Jeremy Soffler, Esq.

P: 866.606.9926
F: 800.391.2178
info@federatedlaw.com

## ANTICIPATING A TAX REFUND?
### Settle your debt out of court NOW and SAVE MONEY!

01/22/13

Joey Gonzalez
1076 NW 126th Ct
Miami, FL 33182-2069

Creditor: CACH, LLC
Federated Account No: 120005751234
Original Creditor: Ge Money Bank
Original Creditor Account No: 6019170105552845
Current Balance Claimed Due: $2,846.89

As you know, the above referenced debt was placed with our office to pursue the balance in full through legal action. **Our client has permitted us to accept a substantial discount during this Tax Season.** If you are expecting a refund this year, we strongly urge you to take advantage of this attractive opportunity. Here are some of the benefits of resolving the matter **NOW**:

- ✓ Substantial savings off the balance.
- ✓ Elimination of accumulated interest, late fees, and costs.
- ✓ Collection actions cease.
- ✓ Resolution <u>out of court</u>, saving time and money.
- ✓ Potentially improve standing with the credit bureaus.

This is a unique opportunity to use your income tax refund to save money. Neither our firm nor our client is under any obligation to extend this offer in the future and will only be made available for a limited time. The settlement department is available to see how much we can save you. Please contact us IMMEDIATELY about this limited-time offer.

<u>EVEN IF YOU DON'T HAVE YOUR REFUND YET, CALL US TO LOCK IN THE SAVINGS TODAY!</u>

*Please note this offer expires <u>5 business days</u> after your receive your refund.*

### CALL NOW!!   866.606.9926

**PLEASE NOTE:** Even if we have already filed a lawsuit against you we may be able to save you money. By ignoring this opportunity, you understand that our client wishes to pursue legal action for the <u>BALANCE IN FULL</u>

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

*\*\*Agents of the firm speak ENGLISH, SPANISH, and CREOLE\*\**

# Exhibit C

## ATTENTION:

PRSRT 1" CLASS
U.S. POSTAGE
**PAID**
Sacramento CA
Permit # 1297

**REQUEST FOR IMMEDIATE ACTION – IMPORTANT NOTICE**

WARNING: $2,000 FINE, 5 YEARS IMPRISONMENT, OR BOTH FOR ANY
PERSON INTERFERING OR OBSTRUCTION WITH DELIVERY OF THIS LETTER
U.S.MAIL TTT. 18 SEC. 1702 U.S.CODE

13205 US Hwy 1 #555
Juno Beach, FL 33408

7 10 ************5-DIGIT 33182
Joey Gonzalez
1076 NW 126th Ct
Miami, FL 33182-2069

**URGENT INFORMATION ENCLOSED – OPEN IMMEDIATELY**



 **FEDERATEDLAW**

Bryan Manno, Esq.
Jeremy Soffler, Esq.

P: 866.606.9926
F: 800.391.2178
info@federatedlaw.com

13205 US Hwy 1 #555
Juno Beach, FL  33408

# TAX SETTLEMENT EXTENSION:
## Settle your debt out of court NOW and SAVE MONEY!

March 1, 2013

Joey Gonzalez
1076 NW 126th Ct
Miami, FL 33182-2069

Creditor: CACH, LLC
Federated Account No: 120005751234
Original Creditor: Ge Money Bank
Original Creditor Account No: 6019170105552845
Current Balance Claimed Due: $2,891.89

As you know, the above referenced debt was placed with our office to pursue the balance in full through legal action. Our client has approved a substantial settlement offers this tax season. **WE REALIZE THAT TAX RETURNS HAVE BEEN DELAYED FOR MANY FLORIDIANS THIS YEAR, SO WE HAVE EXTENDED OUR TAX SETTLEMENT SAVINGS OFFER TEMPORARILY.** If you are expecting a tax refund this year, we strongly urge you to take advantage of this attractive opportunity. Here are some of the benefits of resolving the matter **NOW**:

- ✓ **Substantial savings off the balance.**
- ✓ **Elimination of accumulated interest, late fees, and costs.**
- ✓ **Collection actions cease.**
- ✓ **Resolution <u>out of court</u>, saving time and money.**

This is a unique opportunity to use your income tax refund to save money. Neither our firm nor our client is under any obligation to extend this offer in the future and will only be made available for a limited time.  The settlement department is available to see how much we can save you.  Please contact us IMMEDIATELY about this limited-time offer.

Please note this offer expires 5 business days after your receive your refund.  Lock in savings NOW!

### CALL NOW!!   866.606.9926

**PLEASE NOTE:  Even if we have already filed a lawsuit against you we may be able to save you money. By ignoring this opportunity, you understand that our client wishes to pursue legal action for the <u>BALANCE IN FULL!</u>**

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

*\*\*Agents of the firm speak ENGLISH, SPANISH, and CREOLE\*\**

# Exhibit D

 **FEDERATEDLAW**

Bryan Manno, Esq.
Jeremy Soffler, Esq.

P: 866.606.9926
F: 800.391.2178
info@federatedlaw.com

13205 US Hwy 1 #555
Juno Beach, FL 33408

# ANTICIPATING A TAX REFUND?
## Settle your debt out of court NOW and SAVE MONEY!

April 12, 2013

JOEY GONZALEZ
1076 NW 126th Ct
MIAMI FL 33182-2069

Creditor: CACH, LLC
Federated Account No: 120005751234
Original Creditor: GE MONEY BANK
Original Creditor Account No: 60191701055552845
Current Balance Claimed Due: $2,891.89

As you know, the above referenced debt was placed with our office to pursue the balance in full through legal action. **Our client has permitted us to accept a substantial discount during this Tax Season.** If you are expecting a refund this year, we strongly urge you to take advantage of this attractive opportunity. Here are some of the benefits of resolving the matter NOW:

- ✓ Substantial savings off the balance.
- ✓ Elimination of accumulated interest, late fees, and costs.
- ✓ Collection actions cease.
- ✓ Resolution <u>out of court</u>, saving time and money.
- ✓ Potentially improve standing with the credit bureaus.

This is a unique opportunity to use your income tax refund to save money. Neither our firm nor our client is under any obligation to extend this offer in the future and will only be made available for a limited time. The settlement department is available to see how much we can save you. Please contact us IMMEDIATELY about this limited-time offer.

Please note this offer expires 5 business days after your receive your refund. Lock in savings NOW!

## CALL NOW!!   866.606.9926

**PLEASE NOTE:** Even if we have already filed a lawsuit against you we may be able to save you money. By ignoring this opportunity, you understand that our client wishes to pursue legal action for the <u>BALANCE IN FULL!</u>

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

**Agents of the firm speak ENGLISH, SPANISH, and CREOLE**