UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:13-CV-22376

JOEY GONZALEZ

    Plaintiff,

v.

CACH, LLC

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CLASS REPRESENTATION COMPLAINT

Defendant, CACH, LLC ("CACH"), by and through the undersigned attorneys, and pursuant to the Federal Rules of Civil Procedure, hereby files its Answer and Affirmative Defenses to Plaintiff's Class Representation Complaint as follows:

### Introduction

1. CACH admits that Plaintiff has alleged a cause of action pursuant to the Fair Debt Collection Practices Act, however, denies all other allegations set forth in paragraph 1 of Plaintiff's Class Representation Complaint and demands proof thereof.

### Jurisdiction

2. CACH admits the allegations set forth in paragraph 2 of Plaintiff's Class Representation Complaint.

### Venue

3. CACH admits the allegations set forth in paragraph 3 of Plaintiff's Class Representation Complaint.

**Parties**

4.      CACH is without knowledge as to the allegations set forth in paragraph 4 of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

5.      CACH admits the allegations set forth in paragraph 5 of Plaintiff's Class Representation Complaint.

**Facts**

6.      CACH admits that it utilized the services of Federated Law Group, PLLC to institute a collection of debt action against the Plaintiff in the County Court in and for Miami-Dade County, Florida, however, denies all further allegations set forth in paragraph 6 of Plaintiff's Class Representation Complaint and demands proof thereof.

7.      CACH admits that it utilized the services of Federated Law Group, PLLC to institute a collection of debt action against the Plaintiff in the County Court in and for Miami-Dade County, Florida, however, denies all further allegations set forth in paragraph 7 of Plaintiff's Class Representation Complaint and demands proof thereof.

8.      CACH is without knowledge as to the allegations set forth in paragraph 8 of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

9.      CACH is without knowledge as to the allegations set forth in paragraph 9 of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

10. CACH is without knowledge as to the allegations set forth in paragraph 10 of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

11. CACH is without knowledge as to the allegations set forth in paragraph 11 of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

12. CACH admits that its business includes the purchase and collection of consumer debts, however denies all other allegations set forth in paragraph 12 of Plaintiff's Class Representation Complaint, including specifically denying that CACH uses the mails and telephone to contact consumer debtors, and therefore, demands proof thereof.

13. CACH is without knowledge as to the allegations set forth in paragraph 13 of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

14. CACH denies the allegations set forth in paragraph 14 of Plaintiff's Class Representation Complaint and demands proof thereof.

15. CACH denies the allegations set forth in paragraph 15 of Plaintiff's Class Representation Complaint and demands proof thereof.

16. CACH denies the allegations set forth in paragraph 16 of Plaintiff's Class Representation Complaint and demands proof thereof.

17. CACH denies the allegations set forth in paragraph 17 of Plaintiff's Class Representation Complaint as the document, Exhibit "A," speaks for itself, and demands proof thereof.

18. CACH denies the allegations set forth in paragraph 18 of Plaintiff's Class Representation Complaint as the document, Exhibit "B," speaks for itself, and demands proof thereof.

19. CACH denies the allegations set forth in paragraph 19 (improperly labeled as 17) of Plaintiff's Class Representation Complaint as the document, Exhibit "C," speaks for itself, and demands proof thereof.

20. CACH denies the allegations set forth in paragraph 20 (improperly labeled as 18) of Plaintiff's Class Representation Complaint as the document, Exhibit "D," speaks for itself, and demands proof thereof.

21. CACH denies the allegations set forth in paragraph 21 (improperly labeled as 19) of Plaintiff's Class Representation Complaint as the documents speak for themselves, and demands proof thereof.

22. CACH denies the allegations set forth in paragraph 22 (improperly labeled as 20) of Plaintiff's Class Representation Complaint and demands proof thereof.

23. CACH denies the allegations set forth in paragraph 23 (improperly labeled as 21) of Plaintiff's Class Representation Complaint and demands proof thereof.

## CLASS REPRESENTATION ALLEGATIONS

24. CACH admits that Plaintiff is attempting to allege a class action, however denies all further allegations set forth in paragraph 24 (improperly labeled as 22) of Plaintiff's Class Representation Complaint and demands proof thereof.

### Class Definition

25. CACH denies the allegations set forth in paragraph 25 (improperly labeled as 23) of Plaintiff's Class Representation Complaint and demands proof thereof.

### Numerosity

26. CACH denies the allegations set forth in paragraph 26 (improperly labeled as 24) of Plaintiff's Class Representation Complaint and demands proof thereof.

27. CACH denies the allegations set forth in paragraph 27 (improperly labeled as 25) of Plaintiff's Class Representation Complaint and demands proof thereof.

### Commonality

28. CACH denies the allegations set forth in paragraph 28 (improperly labeled as 26) of Plaintiff's Class Representation Complaint and demands proof thereof.

29. CACH denies the allegations set forth in paragraph 29 (improperly labeled as 27) of Plaintiff's Class Representation Complaint and demands proof thereof.

30. CACH denies the allegations set forth in paragraph 30 (improperly labeled as 28) of Plaintiff's Class Representation Complaint and demands proof thereof.

31. CACH denies the allegations set forth in paragraph 31 (improperly labeled as 29) of Plaintiff's Class Representation Complaint and demands proof thereof.

### Typicality

32. CACH denies the allegations set forth in paragraph 32 (improperly labeled as 30) of Plaintiff's Class Representation Complaint and demands proof thereof.

33. CACH denies the allegations set forth in paragraph 33 (improperly labeled as 31) of Plaintiff's Class Representation Complaint and demands proof thereof.

34. CACH denies the allegations set forth in paragraph 34 (improperly labeled as 32) of Plaintiff's Class Representation Complaint and demands proof thereof.

## Adequacy of Representation

**Class Representation**

35.     CACH denies the allegations set forth in paragraph 35 (improperly labeled as 33) of Plaintiff's Class Representation Complaint and demands proof thereof.

36.     CACH denies the allegations set forth in paragraph 36 (improperly labeled as 34) of Plaintiff's Class Representation Complaint and demands proof thereof.

37.     CACH is without knowledge as to the allegations set forth in paragraph 37 (improperly labeled as 35) of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

**Class Counsel**

38.     CACH is without knowledge as to the allegations set forth in paragraph 38 (improperly labeled as 36) of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

39.     CACH is without knowledge as to the allegations set forth in paragraph 39 (improperly labeled as 37) of Plaintiff's Class Representation Complaint and, therefore, denies same and demands proof thereof.

## Maintainability

**Predominance**

40.     CACH denies the allegations set forth in paragraph 40 (improperly labeled as 38) of Plaintiff's Class Representation Complaint and demands proof thereof.

41.     CACH denies the allegations set forth in paragraph 41 (improperly labeled as 39) of Plaintiff's Class Representation Complaint and demands proof thereof.

42. CACH denies the allegations set forth in paragraph 42 (improperly labeled as 40) of Plaintiff's Class Representation Complaint and demands proof thereof.

43. CACH denies the allegations set forth in paragraph 43 (improperly labeled as 41) of Plaintiff's Class Representation Complaint and demands proof thereof.

**Superiority**

44. CACH denies the allegations set forth in paragraph 44 (improperly labeled as 42) of Plaintiff's Class Representation Complaint and demands proof thereof.

45. CACH denies the allegations set forth in paragraph 45 (improperly labeled as 43) of Plaintiff's Class Representation Complaint and demands proof thereof.

46. CACH denies the allegations set forth in paragraph 46 (improperly labeled as 44) of Plaintiff's Class Representation Complaint and demands proof thereof.

47. CACH denies the allegations set forth in paragraph 47 (improperly labeled as 45) of Plaintiff's Class Representation Complaint and demands proof thereof.

48. CACH denies the allegations set forth in paragraph 48 (improperly labeled as 46) of Plaintiff's Class Representation Complaint and demands proof thereof.

49. CACH denies the allegations set forth in paragraph 49 (improperly labeled as 47) of Plaintiff's Class Representation Complaint and demands proof thereof.

50. CACH denies the allegations set forth in paragraph 50 (improperly labeled as 48) of Plaintiff's Class Representation Complaint and demands proof thereof.

## **COUNT I**

**(Violation of the FDCPA)**

51. CACH reasserts and realleges all prior answers and responses set forth hereinabove as to paragraphs 1 – 50 (improperly labeled as paragraphs 1-48) as though fully set

forth herein in response to paragraph 51 (improperly labeled as paragraph 49) of Plaintiff's Class Representation Complaint.

52. CACH denies the allegations set forth in paragraph 52 (improperly labeled as 50) of Plaintiff's Class Representation Complaint and demands proof thereof.

53. CACH denies the allegations set forth in paragraph 53 (improperly labeled as 51) of Plaintiff's Class Representation Complaint and demands proof thereof.

54. CACH hereby denies and demands proof thereof as to any allegations set forth in the Plaintiff's Class Representation Complaint not specifically addressed herein above.

## AFFIRMATIVE DEFENSES

1. As and for its First Affirmative Defense, Defendant, CACH, states that it does not take part in any fashion in contacting any debtors, including the Plaintiff, and was not involved in any fashion with the drafting or sending of the Exhibits to Plaintiff's Class Representation Complaint, which form the basis of the Plaintiff's action.

2. As and for its Second Affirmative Defense, Defendant, CACH, states that the Plaintiff's Class Representation Complaint fails to state a cause of action as there is no commonality among the proposed class members, as there I are no allegations that the proposed class members incurred their respective debt under the same terms and conditions from their original creditors. Those specific terms and conditions and the actions undertaken by the potential class members in their original debt make each potential case singular in nature and not proper for class membership.

3. As and for its Third Affirmative Defense, Defendant, CACH, states that the Plaintiff's Class Representation Complaint fails to state a cause of action as there is no typicality among the proposed class members, as there I are no allegations that the proposed class members

incurred their respective debt under the same terms and conditions from their original creditors. Those specific terms and conditions and the actions undertaken by the potential class members in their original debt make each potential case singular in nature and not proper for class membership.

4.	As and for its Fourth Affirmative Defense, Defendant, CACH, states that Plaintiff is precluded from bringing this action based upon consent.

5.	As and for its Fifth Affirmative Defense, Defendant, CACH, states that Plaintiff is precluded from bringing this action based upon waiver.

6.	As and for its Sixth Affirmative Defense, Defendant, CACH, states that Plaintiff is precluded from bringing this action based upon estoppel.

WHEREFORE, Defendant CACH, LLC, requests judgment in its favor, the recovery of court costs and any and all such further relief as this Court may deem just and proper.

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

/s/ *SCOTT J. FRANK*
SCOTT J. FRANK, ESQ.
Florid Bar No.: 775606
sfrank@butlerpappas.com
DAVID A. MERCER, ESQ.
Florida Bar No.: 156035
dmercer@butlerpappas.com
Secondary: eservice@butlerpappas.com
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida 33602
Telephone:	(813) 281-1900
Facsimile:	(813) 281-0900
Attorneys For: CACH, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on September 16, 2013, on counsel of record on the Service List Below.

>Leo Bueno, Esq.
>Fla. Bar No. 716261
>P.O. Box 141676
>Coral Gables, FL 33114-1679
>Leo@BuenoLaw.com
>**Attorneys For:  Plaintiff**

>/s/ *SCOTT J. FRANK*
>SCOTT J. FRANK, ESQ