UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-22376-WILLIAMS

JOEY GONZALEZ,
Plaintiff,
vs.
CACH, LLC,
Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joey Gonzalez and Defendant CACH, LLC, hereby stipulate to the dismissal of this action with respect to the Defendant CACH,LLC, only, *with prejudice*, and further stipulate that each party shall bear its own costs, attorneys' fees and expenses.

Dated: 2014-07-24

Respectfully submitted,

*/s/ Leo Bueno*
Leo Bueno
LEO BUENO, ATTORNEY, P.A.
P. O. Box 141679
Coral Gables, FL 33114-1679
(305) 669-5260 ;( 305) 328-9301 fax
Leo@BuenoLaw.com
*Attorney for Plaintiff*

*/s/Scott Frank*
SCOTT J. FRANK, ESQ.
sfrank@butlerpappas.com
DAVID A. MERCER, ESQ.
dmercer@butlerpappas.com
eservice@butlerpappas.com
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida 33602
(813) 281-1900; (813) 281-0900 fax
Attorneys for Defendant