UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-22376-WILLIAMS

JOEY GONZALEZ,

    Plaintiff.

vs.

CACH, LLC,

    Defendant.

_____/

<u>**ORDER CLOSING CASE UPON STIPULATION OF DISMISSAL**</u>

This **MATTER** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, in which the parties have requested an order dismissing the case with prejudice [D.E. 26]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees, except as otherwise agreed. The Court shall retain jurisdiction over this matter for 30 days to enforce the terms of the Parties' settlement agreement. All pending motions are denied as moot and all hearings are canceled. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 4th day of August, 2014.

                                                   KATHLEEN M. WILLIAMS
                                                 UNITED STATES DISTRICT JUDGE